No. D–973. IN RE DISBARMENT OF SHANZER. It is ordered that Neil Arthur Shanzer, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–974. IN RE DISBARMENT OF BOWERS. It is ordered that Charles B. Bowers, of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–975. IN RE DISBARMENT OF HEIDECKE. It is ordered that Richard A. Heidecke, Jr., of Oak Brook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–976. IN RE DISBARMENT OF HESS. It is ordered that David Alan Hess, of Lubbock, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–977. IN RE DISBARMENT OF ZAHARIA. It is ordered that Paul Zaharia, of Venice, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–978. IN RE DISBARMENT OF MCCLURE. It is ordered that Corrine Anderson McClure, of Bradenton, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–979. IN RE DISBARMENT OF MCSHIRLEY. It is ordered that Donald Kent McShirley, of Sarasota, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.